UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Melissa Gross,<br><br>              Plaintiff,<br>v.<br><br>Fair Collections & Outsourcing, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Civil Action No.: 8:10-cv-03194-RWT |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Melissa Gross ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 7, 2011



"APPROVED" THIS 19th DAY October 2011
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

                              Respectfully submitted,
                              By /s/ Forrest E. Mays
                              Forrest E. Mays (Bar No. 07510)
                              1783 Forest Drive, Suite 109
                              Annapolis, MD 21401
                              Telephone: (410) 267-6297
                              Facsimile: (410) 267-6234
                              Email: mayslaw@mac.com

                              <u>Of Counsel To</u>
                              LEMBERG & ASSOCIATES L.L.C.
                              A Connecticut Law Firm
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays

Forrest E. Mays